UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

KATHLEEN CRAPANZANO,

                Plaintiff,

-against-

ALLIANCEONE RECEIVABLES MANAGEMENT, INC. a.k.a. ALLIANCEONE INCORPORATED and DOES 1 through 10, inclusive

                Defendant(s).

------------------------------------------------------------------X

Docket: 11-CV-5942-SJ-VVP

**STIPULATION
TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is dismissed with prejudice without costs and attorneys' fees to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

IT IS FURTHER STIPULATED AND AGREED that facsimile signatures will be deemed originals for all purposes. This stipulation may be filed with the Court without further notice.

Dated: ~~March~~ April 10, 2012

_____
Amir J. Goldstein, Esq.
Attorney at Law
CA office: 5455 Wilshire Boulevard, Suite 1812
Los Angeles, CA 90036
323.937.0400 phone
866.288.9194 fax

Dated: March 4, 2012
New York, New York

_____
Aleksander Powietrzynski, Esq
Winston & Winston, P.C.
Attorneys for Defendant
295 Madison Ave, Suite 930
New York, NY 10017
Telephone (212) 532-2700
Facsimile (212) 532-2722